NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NORTHWEST FARM CREDIT SERVICES, FLCA,**
*Plaintiff-Appellee,*

**v.**

**GARY HIRSCH,**
*Defendant-Appellant.*

---

2013-1685

---

Appeal from the United States District Court for the District of Oregon in No. 1:11-CV-03156-PA, Senior Judge Owen M. Panner.

---

PER CURIAM.

# O R D E R

The court considers whether this appeal should be transferred to the United States Court of Appeals for the Ninth Circuit.

This appeal involves an action by Northwest Farm Credit Services ("Northwest") against Gary Hirsch seeking ejectment, quiet title, and an injunction against Hirsch's trespass on Northwest's property.  The United States District Court for the District of Oregon entered

judgment on Northwest's behalf and ordered Hirsch to vacate Northwest's property.  Hirsch filed a notice of appeal, seeking review by the Ninth Circuit.  The Ninth Circuit dismissed that appeal for failure to prosecute. Hirsch then filed a motion to set aside the judgment as void under Federal Rule of Civil Procedure 60(b)(4).  The district court denied that motion.  In that order, the district court discussed its previous denial of Hirsch's motion to transfer the case to the Court of Federal Claims. Hirsch now appeals the district court's denial of his Rule 60(b)(4) motion, seeking review by this court.

This court is a court of limited jurisdiction, which does not appear to include jurisdiction in this matter. 28 U.S.C. § 1295.  Rather, it appears the proper forum is the United States Court of Appeals for the Ninth Circuit.

Accordingly,

IT IS ORDERED THAT:

(1)  The parties are directed to respond within 14 days of the date of filing of this order as to why this appeal should not be transferred to the United States Court of Appeals for the Ninth Circuit pursuant to 28 U.S.C. § 1631.

(2)  The briefing schedule is stayed.

FOR THE COURT

/s/   Daniel E. O'Toole
      Daniel E. O'Toole
      Clerk

s25